UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIVE STAR OUTDOOR MEDIA, LLC,

Plaintiff,

v.

Case No. 24-cv-12510
Hon. Matthew F. Leitman

CHARTER TOWNSHIP OR HARRISON, *et al.*,

Defendants.

______________________________________/

**ORDER (1) GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF. NO 12); AND (2) GRANTING DEFENDANTS LEAVE TO FILE A RENEWED MOTION FOR SUMMARY JUDGMENT**

The Court held a hearing on Defendants' Motion for Summary Judgment (ECF No. 12.) on September 03, 2026. For the reasons stated on the record at that hearing, **IT IS HEREBY ORDERED** as follows:

- Defendants' Motion for Summary Judgment is **GRANTED** with prejudice with respect to Count Five of the Complaint (ECF No. 1), Plaintiff's Equal Protection Clause claim.
- Defendants' Motion for Summary Judgment is **DENIED** without prejudice with respect to all other claims.
- Defendants are **GRANTED** leave to file a renewed Motion for Summary Judgment on the issues raised by the Court at the hearing. By no later than

November 2, 2026, Defendants shall meet with Plaintiff to share the additional factual materials, if any, it would like to submit. By no later than November 16, 2026, Plaintiff shall communicate to Defendants his position on whether further discovery is necessary. After the parties complete these communications, they shall inform the Court of the developments. The Court will then schedule a status conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126